Attorney Grievance Commission of Maryland v. William Gordon McLain, IV
[Misc. Docket AG, No. 8, September Term, 2017]

William Gordon McLain, IV has been disbarred by consent, effective immediately by an Order of the Court, dated October 25, 2017.

William Gordon McLain, IV has been disbarred by consent, effective immediately from the further practice of law in the State, and his name as an attorney at law has been stricken from the register of attorneys in this Court (Maryland Rule 19-761).

| ATTORNEY GRIEVANCE | * | IN THE |
|---|---|---|
| COMMISSION OF MARYLAND | * | COURT OF APPEALS |
| | * | OF MARYLAND |
| Petitioner | * | |
| | * | Misc. Docket AG |
| v. | * | No. 0008 |
| | * | September Term, 2017 |
| WILLIAM GORDON MCLAIN, IV | * | |
| | * | |
| | * | |
| Respondent | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

The Court of Appeals of Maryland, having considered the Joint Petition for Disbarment by Consent filed by Petitioner, the Attorney Grievance Commission of Maryland, and Respondent, William Gordon McLain, IV, it is this ___25th___ day of October, 2017;

ORDERED, that William Gordon McLain, IV, be, and he is hereby, disbarred, effective immediately, from the further practice of law in the State of Maryland for violating Maryland Lawyers' Rules of Professional Conduct 8.1(a), 8.4(b) and (c); and it is further

ORDERED, that the Clerk of this Court shall strike the name of William Gordon McLain, IV, from the register of attorneys, and pursuant to Maryland Rule 19-761, shall certify the fact to the Trustees of the Client Protection Fund and the clerks of all judicial tribunals in the State.

/s/ Clayton Greene Jr.
Senior Judge